IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GROSSO ENTERPRISES, INC.,** | : | CIVIL ACTION |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO. 11-1484 |
| | : | |
| **DOMINO'S PIZZA LLC, a/k/a** | : | |
| **DOMINO'S PIZZA FRANCHISING LLC,** | : | |
| **a/k/a DOMINO'S PIZZA MASTER** | : | |
| **ISSUER LLC,** | : | |
| | : | |
| **Defendant.** | | |

## O R D E R

**AND NOW**, this 9th day of March, 2011, upon consideration of Plaintiff's Motion for a Temporary Restraining Order (Document No. 3, filed March 2, 2011), and Defendant's Memorandum in Opposition to Motion for Temporary Restraining Order (Document No. 9, filed March 4, 2011), following a hearing on March 7, 2011, for the reasons set forth in the Memorandum dated March 9, 2011, **IT IS ORDERED** that the Motion of Plaintiff, Grosso Enterprises, Inc., for a Temporary Restraining Order is **GRANTED**. Defendant shall **RESTORE** the Pizza Store owned and operated by Grosso Enterprises, Inc., at 148 Painters Crossing, West Chester, Delaware County, Pennsylvania, to its condition before February 28, 2011, when defendant served the said Grosso Enterprises, Inc., with a Notice of Termination including, but not limited to, resuming food deliveries to the store and reactivation of the credit card system for the store.

**IT IS FURTHER ORDERED** that this Temporary Restraining Order shall take effect upon the **POSTING** by plaintiff, Grosso Enterprises, Inc., of a **BOND** in the **AMOUNT** of $5,000.00 with the Clerk of Court.

**IT IS FURTHER ORDERED** that the Court will convene a telephone conference at an early date for the purpose of scheduling further proceedings. In the interim, the Court **DIRECTS** that the parties, through counsel, discuss (a) the need for a hearing on plaintiff's Motion for Preliminary Injunction, and (b) the entry of a preliminary injunction by agreement.

**BY THE COURT:**

s/ Jan E. Dubois
**JAN E. DUBOIS, J.**